UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. SOLANO GUERRERO,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | CASE NUMBER: 1:21-cv-00775-GSA<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>(Doc. 2) |

Plaintiff having applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915, the Court hereby ORDERS that the application is granted. The Clerk of Court is hereby ordered to issue summons and new case documents including a Scheduling Order (Social Security Appeal), Order re Consent or Request for Reassignment, notice and form of consent to proceed before a magistrate judge, and USM instructions.

Within 14 days of the entry of this order, Plaintiff shall provide service documents to the clerk's office as set forth in the USM Instructions and file a notice with the court upon submission of said documents. The court will enter the stay pursuant to General Order 615 upon the filing of Plaintiff's notice of submission of service documents. Counsel is advised that the 90-day deadline to file the consent/decline form applies notwithstanding the entry of the stay.

The United States Marshal is ordered to serve a copy of the complaint, summons and this order upon the Defendant. All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

Dated: __**May 14, 2021**__     __**/s/ Gary S. Austin**__
                                           UNITED STATES MAGISTRATE JUDG