PHILLIP A. TALBERT
United States Attorney
NICOLE JABAILY
Acting Regional Chief Counsel, Region X
DAVID J. BURDETT, WSBA #29081
    Special Assistant United States Attorney
    701 5th Ave., Suite 2900 M/S 221A
    Seattle, WA 98104
    Telephone: (206) 615-2522
    Facsimile: (206) 615-2531
    Email: David.burdett@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MARIA SOLANO GUERRERO,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-00775-JLT-GSA<br><br>STIPULATION TO REMAND AND PROPOSED ORDER |

IT IS STIPULATED by and between Maria Solano Guerrero (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

The parties, through their respective counsel, hereby stipulate and agree that the case should be remanded under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will direct the ALJ to give further consideration to the medical opinions of record; take any further action necessary to complete the administrative record; reassess the claimant's

Stip. to Remand; Order - 1:21-cv-00775-JLT-GSA

residual functional capacity based on the expanded record; and issue a new decision. Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 6th day of May, 2022.

Dated:  June 17, 2022                     /s/ *David J. Burdett for*
                                          JONATHAN O. PEÑA
                                          Attorney for Plaintiff
                                          *Authorized via e-mail on May 5, 2022

Dated:  June 17, 2022                     PHILLIP A. TALBERT
                                          United States Attorney
                                          NICOLE JABAILY
                                          Acting Regional Chief Counsel, Region X
                                          Social Security Administration

                                  By:     /s/ *David J. Burdett*
                                          DAVID J. BURDETT
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated:   **June 17, 2022**                                    _Jennifer L. Thurston_
                                                              UNITED STATES DISTRICT JUDGE