UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. SOLANO GUERRERO<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:21-cv-00775-JLT-GSA<br><br>**ORDER FOR AWARD AND PAYMENT OF EAJA FEES PURSUANT TO STIPULATION** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (the "Stipulation"), IT IS ORDERED that fees and expenses in the amount of EIGHT THOUSAND FIVE HUNDRED DOLLARS and 00/100 ($8,500.00) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  **September 16, 2022**                     **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE